NATHAN SEELEY, Respondent, *v.* THE NEW YORK NATIONAL
EXCHANGE BANK OF NEW YORK, Appellant.

(Argued June 2, 1879; decided September 16, 1879.)

*John S. Brower* for appellant.

*Childs & Hull* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.

---

MILTON STAFFORD et al., Respondents, *v.* JOHN C. BERRY,
Appellant.

(Submitted June 10, 1879; decided September 16, 1879.)

*Jno. Gillette Jr.* for appellant.

*William H. Smith* for respondents.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.